UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD A. SYED,<br><br>Plaintiff,<br><br>v.<br><br>*Michael Chertoff*, as Secretary of the Department of Homeland Security;<br>*Emilio T Gonzales*, Director of U.S. Citizen and Immigration Services;<br>*Robert S. Muller*, Director of Federal Bureau of Investigation<br><br>Defendants | CIVIL ACTION<br>NO._____ |

**PLAINTIFF'S ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY JUDGEMENT**

NOW comes Plaintiff, Mohammad A. Syed, by and through Pro Se, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 Application filed by the Plaintiff, Mohammad A. Syed. The application was filed and remains within the jurisdiction of the Defendants, who have improperly handled and delayed processing the application to Plaintiff's detriment.

**PARTIES**

2. Plaintiff, Mohammad A. Syed, resides at 4114 Davis Place, NW, #319, Washington, DC 20007, alien number 094-886-881, is the primary applicant of an I-485, Application to Register Permanent Resident or Adjustment of Status, filed with the USCIS on June 26, 2006.

1

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant Eduardo Aguirre is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5. Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to timely complete duties imposed by law.

## JURISDICTION

6. Jurisdiction in this case is proper under 28 USC §§ 1391 and 1361, 5 USC §701 et seq., and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

8. The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS and FBI documents that clearly establish his eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

9. Plaintiff properly filed and applied through his employer for I-485, Application to Register Permanent Resident or Adjust Status, pursuant to Section 245 of the Immigration & Naturalization Act on June 26, 2006. Attached hereto as **Exhibit A** in an acknowledgement document by the USCIS.

10. This petition along with a I-140 and supporting documentation was filed by the plaintiff through his company lawyer on or about June 26, 2006. Plaintiff has already been through the Fingerprinting processes. The I-140 was approved on 7/16/2006. **Exhibit A, Pg. 2.**

11. Since early 2007, Plaintiff has been contacting USCIS about the case status at least once a month to figure out why the processing of the case has been delayed and has received no definitive responses or relief.

12. The Texas Service Center on February 26, 2007 replied to this inquiry and mentioned that they were still processing his case. Attached hereto as **Exhibit B**.

13. Plaintiff requested Senatorial Assistance from the office of Tim Johnson to follow up on this case. Plaintiff approached Matt Astleford and started a Senatorial request on the case. Attached hereto as **Exhibit C**.

14. On March 7, 2007 the Texas Service Center told Matt Astleford of Senator Johnson's office that plaintiffs visa was current, the fingerprint check was cleared and the FBI names check has cleared and the application was scheduled to go to an officer. See **Exhibit C**.

15. Since then both Plaintiff and the Senator's office have been attempting to obtain status updates from the Texas Service Center, without any avail.

16. A review of the current processing times for the Texas Service Center for Employment based I-485 applications indicates that as of July 16, 2007 they were processing cases received after August 7, 2006. **Exhibit E.** This is more than almost two months after Mr. Syed's I-485 was filed in June 2006.

17. The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.
    (a) Specifically, Plaintiff Mohammad A. Syed, and his derivative beneficiary, has been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.

    (b) Plaintiff Mohammad A. Syed, currently employed by Ashcraft & Gerel, LLP, has tried to contact the USCIS Texas Sevice Center on numerous occasions in order to expedite his application to no avail.

3

18. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case. Defendants have not even setup an interview with the Plaintiff since filing the I-485 on June 26, 2006.

19. Though the role of Defendants is pivotal in securing the civilians of the United States of America from people planning to do harm on American soil, the Defendants actions in adjudicating the Plaintiff's case have clearly gone beyond the expected 120 days to 1 year processing time and have failed to adhere to their own regulations.

20. The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's I-485 Application after the Plaintiff had submitted a properly executed application. It has been more than 12 months since the Plaintiff has filed his I-485 application.

21. Defendants have clearly not adjudicated or enquired on behalf of the Plaintiff since May June 26, 2006. Since the Texas Service Center has acknowledged that all of Mohammad A. Syed' security checks with the FBI are cleared for over six months now, there is no explanation for the delay in processing his case further.

22. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures. The Plaintiff has done everything to get his case Adjudicated but the Defendants have clearly not given the Plaintiff any form of relief.

23. Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving them of the rights to which the Plaintiff and derivative beneficiary are entitled.

## PRAYER

24. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a)    requiring Defendants to properly adjudicate Plaintiff's application for action on an approved petition;
    (b)    requiring Defendants to provide the Plaintiff with a Notice of Approval;
    (c)    granting such other relief at law and in equity as justice may require.

Respectfully Submitted,

_____
Mohammad A. Syed
DC Bar # 476315
Admitted to USDC, DC
**PRO SE**
4114 Davis Place, NW, #319
Washington, DC 20007
Telephone (202) 286-8803
Facsimile (519) 488-1182
moalisyed@gmail.com

U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| | |
|---|---|
| **RECEIPT NUMBER** SRC-06-206-51152 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE** June 22, 2006 | **PRIORITY DATE** |
| **NOTICE DATE** June 27, 2006 | **PAGE** 1 of 1 |

**APPLICANT** A094 886 881
SYED, MOHAMMAD A.

MOHAMMAD A. SYED
4114 DAVIS PL NW 319
WASHINGTON DC 20007

Notice Type: Receipt Notice

Amount received: $ 395.00
Section: Adjustment as direct beneficiary of immigrant petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT.**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283

EXHIBIT 'A'    P8 1/2

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I140 |
|---|---|---|---|
| SRC-06-206-51043 | | IMMIGRANT PETITION FOR ALIEN WORKER | |
| RECEIPT DATE | PRIORITY DATE | PETITIONER | |
| June 26, 2006 | November 25, 2002 | ASHCRAFT & GEREL LLP | |
| NOTICE DATE | PAGE | BENEFICIARY | A094 886 881 |
| July 17, 2006 | 1 of 1 | SYED, MOHAMMAD A. | |

ASHCRAFT & GEREL LLP
C/O PATRICIA BRADLEY SANCHEZ
2000 L ST NW 400
WASHINGTON DC 20036

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg, or of Exceptn'l Ability Sec.203(b)(2)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283

Ex. A.      Pg 2/2

Form I-797 (Rev. 01/31/05) N



Mohammad Syed <moalisyed@gmail.com>

## Your recent inquiry (receipt #SRC-06-206-51152)

CRIS <USCIS-SRMT@dhs.gov>  Mon, Feb 26, 2007 at 6:01 PM
To: moalisyed@gmail.com

U.S. Department of Homeland Security
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

U.S. Citizenship and Immigration Services
Monday, February 26, 2007

Emailed to moalisyed@gmail.com

Dear M. SYED:

On 01/10/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- The applicant

Attorney Name:
-- Information not available

Case type:
-- I485

Filing date:
-- 06/26/2006

Receipt #:
-- SRC-06-206-51152

Beneficiary (if you filed for someone else):
-- SYED, MOHAMMAD, A

Your USCIS Account Number (A-number):
-- A094886881

Type of service requested:
-- Case Status - Outside Processing Time

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.
XM0210

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



Mohammad Syed <moalisyed@gmail.com>

## Your recent inquiry (receipt #SRC-06-206-51152)

~~[redacted]~~                                                   Wed, Mar 7, 2007 at 5:32 PM
To: Mo Syed <moalisyed@gmail.com>

Mo-

Here is what matt came up with. Hopefully they will get on it.


------ Forwarded Message
From: "Astleford, Matt (Johnson)" <Matt_Astleford@johnson.senate.gov>
Date: Wed, 7 Mar 2007 15:18:07 -0500
To: ~~[redacted]~~
Conversation: Your recent inquiry (receipt #SRC-06-206-51152)
Subject: RE: Your recent inquiry (receipt #SRC-06-206-51152)

~~[redacted]~~
I checked with the Texas Service Center regarding Mo's case. The visa is current (good news), the fingerprint check has cleared (better news), and the FBI name check has cleared (the greatest news), so there is nothing holding up the application. It is scheduled to go to an officer, which is the last step in the process. I'm not sure why it's overdue, but it shouldn't be much longer.

If he doesn't get a decision on his app in the next four weeks, please let me know and I'll check on it again.

Thanks!
Matt

EXHIBIT 'C'



Home   Contact Us   Site Map   FAQ

Search   
Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
## Texas Service Center Service Center Processing Dates
## Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

EXHIBIT 'E'
DJ 1/4

https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=TSC                     7/25/2007

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Texas Service Center** Posted July 16, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | January 13, 2007 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | April 14, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | June 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 15, 2007 |



https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SevinceCenter=TSC                7/25/2007

| I-131 | Application for Travel Document | All other applicants for advance parole | April 14, 2007 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | January 13, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | October 04, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 07, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | August 01, 2004 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | April 14, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional | August 19, 2006 |




ExE PJ. 34

| | | hardship or persecution | |
|---|---|---|---|
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 13, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | June 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | April 28, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | January 13, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | January 13, 2007 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | January 13, 2007 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | January 13, 2007 |

[ Print This Page ]    [ Back ]

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Ex E.  Pg. 4/4

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

## DEFENDANTS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- 1  U.S. Government Plaintiff
- 2  U.S. Government Defendant
- 3  Federal Question (U.S. Government Not a Party)
- 4  Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

### A. *Antitrust*

**410 Antitrust**

### B. *Personal Injury/Malpractice*

**310** Airplane
**315** Airplane Product Liability
**320** Assault, Libel & Slander
**330** Federal Employers Liability
**340** Marine
**345** Marine Product Liability
**350** Motor Vehicle
**355** Motor Vehicle Product Liability
**360** Other Personal Injury
**362** Medical Malpractice
**365** Product Liability
**368** Asbestos Product Liability

### C. *Administrative Agency Review*

**151 Medicare Act**

**Social Security:**
**861** HIA ((1395ff)
**862** Black Lung (923)
**863** DIWC/DIWW (405(g)
**864** SSID Title XVI
**865** RSI (405(g)
**Other Statutes**
**891** Agricultural Acts
**892** Economic Stabilization Act
**893** Environmental Matters
**894** Energy Allocation Act
**890** Other Statutory Actions (If Administrative Agency is Involved)

### D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### E. *General Civil (Other)*   OR   F. *Pro Se General Civil*

**Real Property**
**210** Land Condemnation
**220** Foreclosure
**230** Rent, Lease & Ejectment
**240** Torts to Land
**245** Tort Product Liability
**290** All Other Real Property

**Personal Property**
**370** Other Fraud
**371** Truth in Lending
**380** Other Personal Property Damage
**385** Property Damage Product Liability

**Bankruptcy**
**422** Appeal 28 USC 158
**423** Withdrawal 28 USC 157

**Prisoner Petitions**
**535** Death Penalty
**540** Mandamus & Other
**550** Civil Rights
**555** Prison Condition

**Property Rights**
**820** Copyrights
**830** Patent
**840** Trademark

**Federal Tax Suits**
**870** Taxes (US plaintiff or defendant
**871** IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
**610** Agriculture
**620** Other Food &Drug
**625** Drug Related Seizure of Property 21 USC 881
**630** Liquor Laws
**640** RR & Truck
**650** Airline Regs
**660** Occupational Safety/Health
**690** Other

**Other Statutes**
**400** State Reapportionment
**430** Banks & Banking
**450** Commerce/ICC Rates/etc.
**460** Deportation

**470** Racketeer Influenced & Corrupt Organizations
**480** Consumer Credit
**490** Cable/Satellite TV
**810** Selective Service
**850** Securities/Commodities/ Exchange
**875** Customer Challenge 12 USC 3410
**900** Appeal of fee determination under equal access to Justice
**950** Constitutionality of State Statutes
**890** Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/PRIVACY ACT* | J. *Student Loan* |
|---|---|---|---|
| 530 Habeas Corpus-General<br>510 Motion/Vacate Sentence | 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | 895 Freedom of Information Act<br>890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | 152 Recovery of Defaulted Student Loans (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| 710 Fair Labor Standards Act<br>720 Labor/Mgmt. Relations<br>730 Labor/Mgmt. Reporting & Disclosure Act<br>740 Labor Railway Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc. Security Act | 441 Voting (if not Voting Rights Act)<br>443 Housing/Accommodations<br>444 Welfare<br>440 Other Civil Rights<br>445 American w/Disabilities-Employment<br>446 Americans w/Disabilities-Other | 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment & Enforcement of Judgment<br>153 Recovery of Overpayment of Veteran's Benefits<br>160 Stockholder's Suits<br>190 Other Contracts<br>195 Contract Product Liability<br>196 Franchise | 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

- 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multi district Litigation
- 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint
**JURY DEMAND:**   YES   NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   **YES**   **NO**   If yes, please complete related case form.

**DATE**          **SIGNATURE OF ATTORNEY OF RECORD**

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

   III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

   IV.  CASE ASSIGNMENT AND NATURE OF SUIT:   The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

   VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.