UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD A. SYED, </br></br>   Plaintiff, </br></br> v. </br></br> EMILIO T. GONZALEZ, Director, United States Citizen and Immigration Services, <u>et al.</u>, </br></br>   Defendants. | Case Number:  1:07CV1378 (ESH) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: October 5, 2007

                                                Respectfully submitted,

                                                         /s/ Robin M. Meriweather
                                                ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                Assistant United States Attorney
                                                555 Fourth St., N.W.
                                                Washington, D.C.  20530
                                                Phone: (202) 514-7198; Fax: (202) 514-8780
                                                Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October, 2007, I caused the foregoing to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Mohammad A. Syed
4114 Davis Place NW #319
Washington, DC 20007

                                         /s/  *Robin M. Meriweather*
                                  ROBIN M. MERIWEATHER, D.C. Bar # 490114