UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD A. SYED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number: 1:07CV1378 (ESH) ) |
| EMILIO T. GONZALEZ, Director, United States Citizen and Immigration Services, <u>et al.</u>, | ) ) ) |
| Defendants. | ) ) ) ) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Emilio T. Gonzalez, <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to file an answer or otherwise respond to Plaintiff's Complaint, making Defendants' answer or response due November 8, 2007.  Defendants' answer or response currently is due October 9, 2007.  Although Local Rule 7(m) does not require consultation with <u>pro se</u> plaintiffs, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion.  Plaintiff consents to the requested enlargement of time.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 petition for adjustment of status filed by Plaintiff.  Plaintiff filed a mandamus complaint on July 30, 2007, asking the Court to compel Defendants to complete adjudication of Plaintiff's I-485 petition.

Defendants anticipate that they will be able to resolve this case administratively within the next few weeks.  Plaintiff's I-485 application has been approved, and he is awaiting receipt of his green card.  Defendants believe that the parties will enter a stipulation of dismissal once that

green card has arrived. Accordingly, Defendants respectfully request a 30-day enlargement of time, to allow the parties to continue to pursue an administrative solution to this dispute, thereby avoiding potentially unnecessary litigation.

Defendants have not previously requested the enlargement of any deadline. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: October 5, 2007

                                        Respectfully submitted,

                                        /s/        by RMM

                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                        /s/        by RMM

                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198; Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October, 2007, I caused the foregoing Motion for Extension of Time to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Mohammad A. Syed
4114 Davis Place NW #319
Washington, DC 20007

        /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMAD A. SYED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:07CV1378 (ESH) |
| EMILIO T. GONZALEZ, Director, United States Citizen and Immigration Services, <u>et al.</u>, | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by November 8, 2007.

SO ORDERED.

_____
United States District Judge