UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMAD A. SYED, )
)
Plaintiff, )
)
v. ) Case Number: 1:07CV1378 (ESH)
)
EMILIO T. GONZALEZ, Director, United States )
Citizen and Immigration Services, et al., )
)
Defendants. )
)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

Respectfully submitted,

_____
MOHAMMAD A. SYED
*Pro Se* Plaintiff
4114 Davis Place, NW, Suite 319
Washington, DC 20007

11/27/07

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*